```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MADDOX, a natural person;  )
KAREN ALEXANDROU, a natural        )
person; TIEN HONG VO, a natural    )
person; THONG VO, a natural person;)
NGAU THI NGUYEN, a natural person; )
and SONIA LUONG, a natural person, )
                                   )    2:06-cv-0072-GEB-PAN(JFM)
               Plaintiffs,         )
                                   )
          v.                       )    ORDER CONTINUING STATUS
                                   )    (PRETRIAL SCHEDULING)
COUNTY OF SACRAMENTO, a local      )    CONFERENCE
government agency; COMMUNITY       )
PROSECUTION UNIT, a local          )
government agency; JAN SCULLY, a   )
natural person and the District    )
Attorney for Sacramento County;    )
CYNTHIA BESEMER, a natural person  )
and Chief Deputy District Attorney )
for Sacramento County; KAREN       )
MAXWELL, a natural person and      )
Deputy District Attorney for       )
Sacramento County; NATALIA LUNA,   )
a natural person and Deputy        )
District Attorney for Sacramento   )
County; WILLIAM MOTMANS, a natural )
person and an investigator         )
employed by the District Attorney  )
for Sacramento County; and JAMES   )
COOPER, a natural person and a     )
captain of the Sacramento County   )
Sheriff's Department,              )
                                   )
               Defendants.         )
                                   )
```

          The status (pretrial scheduling) conference scheduled in
this action for June 19, 2006, is continued to September 25, 2006,

1

since the parties' "Joint Status Report" ("JSR") filed June 1, 2006, does not reflect the participation of all named Defendants. The JSR states "Defendant County of Sacramento has been served and has appeared on April 3, 2006. The remaining Defendants were served . . . and filed answers to the complaint . . . on May 3, 2006." (JSR at 2.) However, the court docket reveals that Defendant Community Prosecution Unit did not file an answer on May 3, and as of when this Order was filed, had not yet filed an answer to the Complaint. In addition, defense counsel signed the JSR as "Attorney for Defendant County of Sacramento." Thus, Defendant County of Sacramento appears to have been the only Defendant that participated in crafting the JSR. It is unclear why other Defendants failed to give input in the "JSR."

In accordance with the requirements set forth in the January 12, 2006, Order Setting Status (Pretrial Scheduling) Conference ("January 12 Order"), the parties shall file an amended JSR no later than September 11, 2006, that accurately reflects the participation of all the parties or explains a party's absence. The January 12 Order obligated the parties to provide such an explanation. As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

(January 12 Order at 2 n. 1.) Further, the JSR shall include a date on which the parties desire to have motions for class certification heard, and Plaintiffs are required to explain in the JSR how the

1  action will be prosecuted against a non-responding party, assuming
2  that is the status of the matter when the JSR is due.
3          IT IS SO ORDERED.
4  Dated:  June 9, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge