LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendants, County of Sacramento,
Jan Scully,
Cynthia Besemer,
Karen Maxwell,
Natalia Luna,
William Motmans, and
James Cooper

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MADDOX, a natural person, KAREN ALEXANDROU, a natural person, TIEN HONG VO, a natural person, THONG VO, a natural person, NGAU THI NGUYEN, a natural person, AND SONIA LUONG, a natural person<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a local government agency, COMMUNITY PROSECUTION UNIT, a local government agency, JAN SCULLY, a natural person and the District Attorney for Sacramento County, CYNTHIA BESEMER, a natural person and Chief Deputy District Attorney for Sacramento County, KAREN MAXWELL, a natural person and Deputy District Attorney for Sacramento County, NATALIA LUNA, a natural person and Deputy District Attorney for Sacramento County, WILLIAM MOTMANS, a natural person and an investigator employed by the District Attorney for Sacramento County, and JAMES COOPER, a natural person and A Captain of the Sacramento County Sheriff's Department<br>Defendants | CASE NO.:  2:06-CV-00072-GEB-PAN (JFM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT, COMMUNITY PROSECUTION UNIT** |

Plaintiffs, RICHARD MADDOX, KAREN ALEXANDROU, TIEN HONG VO, THONG VO, NGAU THI NGUYEN, and SONIA LUONG, hereinafter "Plaintiffs", and Defendants, COUNTY OF SACRAMENTO, JAN SCULLY, CYNTHIA BESEMER, KAREN MAXWELL, NATALIA LUNA, WILLIAM MOTMANS, and JAMES COOPER, hereinafter "Defendants" file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(ii).

IT IS HEREBY STIPULATED that Defendant, COMMUNITY PROSECUTION UNIT be dismissed with prejudice.

Dated: July 13, 2006                LONGYEAR, O'DEA & LAVRA, LLP

By:   /s/ John A. Lavra
      JOHN A. LAVRA
      Attorney for Defendants

Dated: July 13, 2006                LAW OFFICES OF FERNANDO F. CHAVES, INC.

By:_____
      ANTHONY J. PALIK
      Attorney for Plaintiffs

IT IS SO ORDERED:

Dated: July 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT, COMMUNITY PROSECUTION UNIT

Page 2