IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MADDOX, a natural person; KAREN ALEXANDROU, a natural person; TIEN HONG VO, a natural person; THONG VO, a natural person; NGAU THI NGUYEN, a natural person; and SONIA LUONG, a natural person,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a local government agency; JAN SCULLY, a natural person and the District Attorney for Sacramento County; CYNTHIA BESEMER, a natural person and Chief Deputy District Attorney for Sacramento County; KAREN MAXWELL, a natural person and Deputy District Attorney for Sacramento County; NATALIA LUNA, a natural person and Deputy District Attorney for Sacramento County; WILLIAM MOTMANS, a natural person and an investigator employed by the District Attorney for Sacramento County; and JAMES COOPER, a natural person and a captain of the Sacramento County Sheriff's Department,<br><br>Defendants.[1] | 2:06-cv-0072-GEB-EFB<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

---

[1] The caption is modified to reflect the dismissal of Community Prosecution Unit on July 24, 2006.

1

1           The Joint Status Report submitted by the parties on
2    September 8, 2006, reveals this action is not ready for scheduling.
3    Therefore, the status (pretrial scheduling) conference scheduled for
4    September 25, 2006, is rescheduled to commence at 9:00 a.m. on
5    December 18, 2006.  In accordance with the Order Setting Status
6    (Pretrial Scheduling) Conference filed January 12, 2006, the parties
7    shall file a further joint status report no later than December 4,
8    2006.[2]
9           IT IS SO ORDERED.
10   Dated:   September 20, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[2] The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." (Order Setting Status (Pretrial Scheduling) Conference at 2 n.1.)